IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER STALP, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:11CV226 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EXCELLUS HEALTH PLAN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on February 3, 2012. Raymond R. Aranza represented the plaintiffs and Erin E. Busch represented the defendant. During the discussion counsel stated their belief the case may be resolved, in part by a motion for partial summary judgment. Accordingly,

**IT IS ORDERED:**

1. The defendant shall file its motion for partial summary judgment **on or before March 1, 2012**.

2. The plaintiffs shall have to **on or before March 23, 2012**, to file a response to the motion for partial summary judgment.

3. The defendant may file a reply in support of its motion **on or before April 2, 2012**.

4. Within **ten days** following the court's ruling on the motion for summary judgment, the plaintiff shall arrange a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling the matter to conclusion.

DATED this 3rd day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge