IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER STALP, JOYCE STALP, ) <br> AND TIMOTHY STALP, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v.   ) <br>   ) <br> EXCELLUS HEALTH PLAN, INC., ) <br> A foreign corporation, ) <br>   ) <br> Defendant. ) | Case No.: 8:11-cv-00226 <br><br><br> ORDER OF DISMISSAL |

THIS MATTER comes before the Court on a Motion to Dismiss filed by Plaintiffs. The Court, being fully advised in this matter, finds that this matter should be dismissed with prejudice pursuant to the agreement of the Parties.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice. Pursuant to agreement, each party is responsible for its own costs.

Dated this 7th day of January, 2014.

**BY THE COURT:**

s/ Joseph F. Bataillon
United States District Judge

PREPARED AND SUBMITTED BY:
Raymond R. Aranza, #18523
MARKS CLARE & RICHARDS, L.L.C.
11605 Miracle Hills Drive, Suite 300
P.O. Box 542005
Omaha, Nebraska 68154-8005
(402) 492-9800
raranza@mcrlawyers.com
*Attorney for Plaintiffs*

N:\Bataillon\BataillonJ\Public\Cases\CIVIL\Stalp v. Excellus Health Plan, 11cv226\Order of Dismissal - Stalp (20928) 1-6-14 (00111275).doc